UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUSTIG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, FCI LOMPOC,<br><br>　　　　Respondent. | NO. CV 20-3708-SB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed for lack of jurisdiction.

DATED:  March 26, 2021

　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　United States District Judge